**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6447**

ORLANDO RAPHEAL CLARK,

            Plaintiff - Appellant,

      v.

OFFICER HARRISON,

            Defendant – Appellee,

      and

BOYD BENNETT; LAWRENCE SOLOMON,

            Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:08-ct-03114-D)

Submitted:  July 27, 2010          Decided:  August 6, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Orlando Rapheal Clark, Appellant Pro Se.  James Philip Allen, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Rapheal Clark appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Clark v. Harrison, No. 5:08-ct-03114-D (E.D.N.C. Mar. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED